UNITED STATES of America,
Plaintiff–Appellee

v.

Daniel Scott DUNSON, Defendant–
Appellant.

No. 04–11203.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 10, 2005.

Susan B. Cowger, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Daniel Scott Dunson, pro se.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellees unopposed motion to vacate sentence is granted.

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

IT IS FURTHER ORDERED that appellees unopposed motion to remand for resentencing is granted.